# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Rufus Julius Cornelius Anderson, <br> *Plaintiff* <br> v. <br> Greenville Health System, <br> *Defendants* | ) <br> ) <br> ) Civil Action No.   6:17-cv-03239-DCC <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Rufus Julius Cornelius Anderson, shall take nothing of the defendant; Greenville Health System; as to the complaint filed pursuant to 28 U.S.C. 1331 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting the defendant's motions to dismiss.

Date:   March 6, 2019                              *ROBIN L. BLUME, CLERK OF COURT*

                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*